UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| NORTHWEST PLAYGROUND EQUIPMENT LLC f/k/a NORTHWEST PLAYGROUND EQUIPMENT, INC., a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>STRATEGIES GROUP SOUTHEAST, LLC a Foreign Limited Liability Company and STRATEGIES GROUP INC., a Foreign Corporation,<br><br>Defendants. | No. 2:25-cv-02199-RSM<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION TO DECEMBER 10, 2025, FOR DEFENDANTS STRATEGIES GROUP SOUTHEAST, LLC AND STRATEGIES GROUP, INC. TO FILE ANSWERS TO PLAINTIFF'S COMPLAINT FOR DAMAGES |

Plaintiff Northwest Playground Equipment LLC, f/k/a Northwest Playground Equipment, Inc., and Defendants Strategies Group Southeast, LLC and Strategies Group, Inc. (collectively "Strategies"), by and through their counsel of record, hereby stipulate and agree that due to a potential conflict between the service of process rules of RCW 4.28.180 providing sixty (60) days for out-of-state defendants to appear and file their first response, and the provisions of Fed. R. Civ. P. 81(c) requiring that after removal of an action to federal court that defendants who have not previously answer before removal is required to file an answer within twenty-one (21) days after the filing of the Notice of Removal, Defendants Strategies may, with the approval this Court, have

an extension of time to file answers to Plaintiff's Complaint for Damages until the close of business on Wednesday, December 10, 2025.

DATED this 24th day of November, 2025.     DATED this 24th day of November, 2025.

| PETERSON RUSSELL KELLY LIVENGOOD PLLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| *s/ Tylor C. Laney* <br> *(Per 11/24/2025 e-mail authorization)* <br> Tylor C. Laney, WSBA #35495 | *s/ Donna M. Chamberlin* <br> Donna M. Chamberlin, WSBA #31227 |
| *s/ Michael T. Callan* <br> *(Per 11/24/2025 e-mail authorization)* <br> Michael T. Callan, WSBA #16237 <br> 10900 NE 4th Street, Suite 1850 <br> Bellevue, WA 98004 <br> (425) 462-4700 <br> tlaney@prklaw.com <br> mcallan@prklaw.com <br> *Attorneys for Plaintiffs* | *s/ James E. Horne* <br> James E. Horne, WSBA #12166 <br><br> *s/ Aaron P. Richter* <br> Aaron P. Richter, WSBA #41405 <br> 1111 Third Avenue, Suite 2700 <br> Seattle, Washington 98101 <br> (206) 436-2020 <br> Donna.Chamberlin@lewisbrisbois.com <br> James.Horne@lewisbrisbois.com <br> Aaron.Richter@lewisbrisbois.com <br> *Attorneys for Defendants* |

**ORDER GRANTING STIPULATED CONTINUANCE TO ANSWER**

Based on the foregoing stipulation by and between Plaintiff Northwest Playground Equipment LLC, f/k/a Northwest Playground Equipment, Inc., and Defendants Strategies Group Southeast, LLC and Strategies Group, Inc., and the Court being fully advised in the premises, IT IS HEREBY ORDERED that the time for filing answers to Plaintiff's Complaint for Damages is extended to the end of the business day on December 10, 2025.

DATED this 24th day of November, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE