UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST PLAYGROUND EQUIPMENT, LLC f/k/a NORTHWEST PLAYGROUND EQUIPMENT, INC., a Washington Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> STRATEGIES GROUP SOUTHEAST, LLC a Foreign Limited Liability Company and STRATEGIES GROUP INC., a Foreign Corporation, <br><br> Defendants. | No. 2:25-cv-02199-RSM <br><br> STIPULATED MOTION AND ORDER ADJUSTING CASE DEADLINES <br><br> NOTE ON MOTION CALENDAR: FEBRUARY 13, 2026 |

## I.    STIPULATION

COME NOW Plaintiff Northwest Playground Equipment, LLC f/k/a Northwest Playground Equipment, Inc., (hereafter "Plaintiff") and Defendants Strategies Group Southeast, LLC and Strategies Group Inc. (hereafter "Defendants" or "Strategies") by and through their undersigned counsel of record, as evidenced by the signature of their attorneys below, and stipulate to an Order Adjusting Case Deadlines for the reasons stated herein.

This case involves a contract for Defendants to design, build, and implement an

STIPULTED MOTION  AND ORDER ADJUSTING
CASE DEADLINES - 1
Case No. 2:25-cv-02199-RSM

Enterprise Resource Planning System (ERP System) for Plaintiff.  The Parties possess large volumes of potentially responsive ESI in the form of deliverable work product, e-mails, schedules, notes, lists, and related items.  The issues in dispute are moderately complex and technical in nature. The Parties expect to utilize experts to help the jury understand the technical issues.

The Parties have reserved April 29, 2026 for mediation with Mediator Margo Keller of Washington Arbitration and Mediation Services ("WAMS").  The Parties wish to limit litigation expense prior to mediation to maximize the possibility of settlement.  Accordingly, the Parties have engaged in informal disclosure of information and documents, primarily for settlement purposes, and intend to continue doing so.  The Parties may also engage in targeted discovery by agreement prior to mediation.

Without continuance of the current case deadlines, litigation expense could subsume a substantial amount of the monetary amount in controversy.  Accordingly, the Parties propose the following adjusted case deadlines to accommodate mediation and sequence case events to fit the needs of this case.

| Case Activity | Current Deadline | New Deadline |
|---|---|---|
| Jury Trial Date | November 16, 2026 | March 15, 2027 |
| Initial Disclosure Documents to be produced on a rolling basis with production completed by | April 17, 2026 | July 24, 2026 |
| Disclosure of expert testimony under FRCP 26(a)(2) | May 20, 2026 | September 25, 2026 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | June 22, 2026 | November 20, 2026 |
| Discovery completed by | July 20, 2026 | December 11, 2026 |
| All dispositive motions must be filed by and noted on the motion calendar no later than 28 days thereafter (see LCR 7(d)) | August 18, 2026 | January 15, 2027 |

STIPULTED MOTION  AND ORDER ADJUSTING
CASE DEADLINES - 2
Case No. 2:25-cv-02199-RSM

| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | October 2, 2026 | October 2, 2026 |
|---|---|---|
| All motions in limine must be filed by and noted on the motion calendar no later than 21 days thereafter | October 19, 2026 | February 12, 2027 |
| Agreed pretrial order due | November 4, 2026 | March 3, 2027 |
| Pretrial conference to be scheduled by the Court. | TBD | TBD |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | November 12, 2026 | March 11, 2027 |

STIPULATED TO AND DATED this 13th day of February, 2026.

By: s/ Tylor C. Laney
Tylor C. Laney; WSBA #35495
Michael T. Callan; WSBA #16237
Peterson Russell Kelly Livengood PLLC
10900 NE 4th Street, Suite 1850
Bellevue, WA 98004
T: 425.462.4700
E: tlaney@prklaw.com
E: mcallan@prklaw.com
*Attorneys for Plaintiff*

By: s/  Aaron P. Richter
Donna M. Chamberlin; WSBA #31227
James E. Horne; WSBA #12166
Aaron P. Richter; WSBA #41405
Lewis Brisbois Bisgaard & Smith LLP
111 Third Avenue, Suite 2700
Seattle, WA 98101
T: 206.436.2020
E: Donna.Chamberlin@lewisbrisbois.com
E: James.Horne@lewisbrisbois.com
E: Aaron.Richter@lewisbrisbois.com
*Attorneys for Defendants*

STIPULTED MOTION  AND ORDER ADJUSTING
CASE DEADLINES - 3
Case No. 2:25-cv-02199-RSM

## II.    ORDER

IT IS SO ORDERED.

DATED this __17th__ day of February, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULTED MOTION  AND ORDER ADJUSTING
CASE DEADLINES - 4
Case No. 2:25-cv-02199-RSM